IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OWNERS INSURANCE CO., ) | |
| ) | CIVIL ACTION FILE |
| Plaintiff, ) | NO. 1:12-CV-0558-JEC |
| ) | |
| v. ) | |
| ) | |
| FULTON COUNTY SCHOOL ) | |
| DISTRICT, H.J. RUSSELL & ) | |
| COMPANY, LEWIS TRUCKING & ) | |
| GRADING, INC., PRO CARE ) | |
| ENVIRONMENTAL SERVICES, ) | |
| LLC, GREEN'S LAWN & ) | |
| LANDSCAPING, INC., AMERICAN ) | |
| CONTRACTORS INDEMNITY ) | |
| COMPANY, AMERICAN ) | |
| SOUTHERN INSURANCE CO., and ) | |
| WESTCHESTER FIRE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

**CONSENT ORDER OF MUTUAL DISMISSAL WITH PREJUDICE**

This matter having come before the Court on the consent of all parties, as shown through their undersigned counsel of record, and it appearing that the parties consented to the dismissal of all claims and counterclaims asserted in this action with prejudice, and for good cause shown,

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed

with prejudice. The Clerk is directed to close the matter upon entry of this Consent Order.

SO ORDERED, this  13th  day of  June , 2014.

/s/ Julie E. Carnes
JULIE E. CARNES, Judge
United States District Court for the
Northern District of Georgia


**Consented to:**

/s/ Michael C. Kendall
MICHAEL C. KENDALL
Georgia Bar No. 414030
KENDALL LAW GROUP, LLC
3152 Gold Ridge Boulevard
Suite 201
Douglasville, Georgia 30135
770-577-3559
770-577-8113 (fax)
mckendall@bellsouth.net

*Attorneys for Owners Insurance Company*

**Consented to:**

/s/ William J. Sheppard
WILLIAM J. SHEPPARD
Georgia Bar No. 641980
JAMES-BATES-BRANNAN-GROOVER-LLP
3399 Peachtree Road, N.E.
Suite 1700
Atlanta, Georgia 30326
404-997-6020
404-997-6021 (fax)
wsheppard@jamesbatesllp.com

*Attorneys for Fulton County School District*

[SIGNATURES CONTINUED ON FOLLOWING PAGE]

Consented to:

/s/ Ernest Tyron Brown
ERNEST TYRON BROWN
Georgia Bar No. 086979
HAWKINS PARNELL THACKSTON &
YOUNG, LLP
303 Peachtree Street, N.E.
4000 SunTrust Plaza
Atlanta, Georgia 30308-3201
(404) 614-7400
tbrown@hptylaw.com

*Attorneys for H.J. Russell & Company*

Consented to:

/s/ Rosemary Armstrong
ROSEMARY ARMSTRONG
Georgia Bar No. 663361
MOZLEY, FINLAYSON & LOGGINS, LLP
One Premier Plaza, Suite 900
Atlanta, Georgia 30342-1386
(404) 256-0700
rsarmstrong@ballp.com

*Attorneys for Pro Care Environmental Services, LLC and American Contractors Indemnity Company*

Consented to:

/s/ David Charles King
DAVID CHARLES KING
Georgia Bar No. 422220
123 Church Street, Suite 320
Marietta, Georgia 30060
(678) 825-8133
(678) 288-7853 (fax)
david@davidckinglaw.com

*Attorneys for Lewis Trucking & Grading, Inc., and Westchester Fire Insurance Company*

Consented to:

/s/ Donald Andrew Cronin, Jr.
DONALD ANDREW CRONIN, JR.
Georgia Bar No. 197270
O'QUINN & CRONIN
103 Keys Ferry Street
McDonough, Georgia 30253
(770) 898-0333
daclaw@bellsouth.net

*Attorneys for Green's Lawn & Landscaping, Inc.*

[SIGNATURES CONTINUED ON FOLLOWING PAGE]

**Consented to:**

/s/ Brenda K. Orrison
BRENDA K. ORRISON
Georgia Bar No. 582962
P.O. Box 501194 (zip 31150)
Atlanta, Georgia 30350
(404) 233-2334
(404) 231-5318 (fax)
bkorrison@msn.com

*Attorneys for American Southern Insurance Company*